UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
In the Matter of the Arbitration            : Docket No. _____
Between:                                     :
                                             :
GLOBAL REINSURANCE CORPORATION - U.S.        :
BRANCH,                                      :       NOTICE OF PETITION
                                             :         TO CONFIRM
                              Petitioner,    :    ARBITRATION AWARD
                                             :
              -against-                      :
                                             :
ARGONAUT INSURANCE COMPANY,                  :
                                             :
                              Respondent.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                             :

PLEASE TAKE NOTICE, that upon the accompanying Petition of GLOBAL Reinsurance Corp. - U.S. Branch, the Declaration of Ivan V. Miletic dated September 18, 2007, and Petitioner's Memorandum of Law dated September 18, 2007, the undersigned will petition this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, on _____ at _____, or as soon thereafter as counsel can be heard, for an Order pursuant to the provisions of the Federal Arbitration Act, Title 9, United States Code, Sections 1 et seq., confirming and reducing to a Judgment of the Court the Final Award issued on June 27, 2007, in the arbitration between the parties, and granting Petitioner post-award interest and such other further relief as the Court may deem just and proper.

Pursuant to the Local Civil Rules of this Court, responsive papers, if any, must be served on the undersigned within ten business days of the service hereof.

Dated: September 19, 2007
      Short Hills, New Jersey

BUDD LARNER, P.C.
140 Broadway, 46th Floor
New York, New York 10005
(212) 946-2798

- and -

150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800

Attorneys for Petitioner GLOBAL
  Reinsurance Corporation - U.S.
Branch

BY:

Joseph J. Schiavone (JS 7303)
Jeffrey S. Leonard (JL 5931)
Ivan V. Miletic (IM 9922)

652611.w

2