EXHIBIT H

**THIS EXHIBIT REDACTED/WITHHELD PURSUANT TO COURT'S 1/4/08 ORDER**

Case 1:07-cv-08196-PKC     Document 16-9     Filed 03/04/2008     Page 2 of 2