# EXHIBIT I

**Elizabeth Myers - Global/Argonaut -- XOL Arbitration**

| | |
|---|---|
| **From:** | "Hajost, Theresa W." <Hajost@halloran-sage.com> |
| **To:** | <tom@tmdaly.com>, <tom@reconworldwide.com>, <nananded@aol.com>, <deputy@iicil.org>, <deputydawg.integrity@gmail.com> |
| **Date:** | 7/27/2007 4:38 PM |
| **Subject:** | Global/Argonaut -- XOL Arbitration |
| **CC:** | <jleonard@budd-larner.com>, <jschiavone@budd-larner.com>, <vpallotto@budd-larner.com>, "Blumenthal, Daniel A." <blumenthal@halloran-sage.com> |

This is to inform the Panel that Argonaut has elected to pay the amount set forth in Paragraph 7 of the Panel's Award. Argonaut will make that payment on or before the date set forth in the Panel's Award. Argonaut requests that the Panel members acknowledge receipt of this email and thanks the Panel for its services in this matter. Regards, Theresa Hajost


RESPONSES TO:

Theresa W. Hajost, Esq.
Halloran & Sage LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: 202-263-4971
Fax: 202-496-9279
mailto:hajost@halloran-sage.com
www.halloran-sage.com

IRS Circular 230 Disclosure: In compliance with Treasury Department Regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used by any taxpayer, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer; or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality: The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.