UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

| | |
|---|---|
| In the Matter of the Arbitration Between: | : Docket No. _____ |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH, | : MOTION TO FILE ALL DOCUMENTS UNDER SEAL |
| Petitioner, | |
| -against- | |
| ARGONAUT INSURANCE COMPANY, | |
| Respondent. | |

TO: CLERK OF THE COURT
    United States District Court
    Southern District of New York
    Daniel Patrick Moynihan United States Courthouse
    500 Pearl Street
    New York, NY 10007-1312

PLEASE TAKE NOTICE that Petitioner GLOBAL Reinsurance Corporation - U.S. Branch ("Global") hereby moves before the United States District Court for the Southern District of New York for an Order sealing all documents in this action. In support of this motion, Petitioner relies on the attached

Declaration of Ivan V. Miletic dated September 18, 2007 and the accompanying Memorandum of Law.

                Respectfully submitted,

                BUDD LARNER, P.C.
                140 Broadway, 46th Floor
                New York, New York 10005
                (212) 946-2798

                -and-

                150 John F. Kennedy Parkway
                Short Hills, New Jersey 07078
                (973) 379-4800
                Attorneys for Petitioner
                 GLOBAL Reinsurance
                 Corporation of America

                BY: _/s/ Ivan V. Miletic_____
                JOSEPH J. SCHIAVONE (JS 7303)
                JEFFREY S. LEONARD (JL 5931)
Dated: September 19, 2007     IVAN V. MILETIC (IM 9922)
      Short Hills, New Jersey

652615.w