UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
In the Matter of the Arbitration        :   Docket No. 07 CIV 8196
Between:                                 :
                                         :
GLOBAL REINSURANCE CORPORATION – U.S.    :
BRANCH,                                  :
                                         :
                         Petitioner,     :   ORDER TO SEAL
                                         :
            -against-                    :
                                         :
ARGONAUT INSURANCE COMPANY,              :
                                         :
                         Respondent.     :
-------------------------------------    :

Upon the application of Petitioner GLOBAL Reinsurance Corporation – U.S. Branch, by its attorneys, Budd Larner, P.C., for an order sealing the file in this matter and the Court having considered the papers filed, and for good cause shown,

IT IS on this _____ day of September 2007;

ORDERED that the file in this matter be and hereby is sealed.

_____
U.S.D.J.

652618.w