```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  :
In the Matter of the Arbitration          :  Docket No. _____
Between:                                  :
                                          :
GLOBAL REINSURANCE CORPORATION - U.S.     :
BRANCH,                                   :
                                          :
                           Petitioner,    :
                                          :
          -against-                       :
                                          :
  ARGONAUT INSURANCE COMPANY,             :
                                          :
                           Respondent.    :
----------------------------------------  :
```

## RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner GLOBAL Reinsurance Corporation - U.S. Branch states that GLOBALE Rückversicherungs Aktiengesellschaft is the parent corporation of GLOBAL Reinsurance Corporation - U.S. Branch, and

that there are no other parent corporations or publicly held corporations that own 10% or more of its stock.

Dated: September 19, 2007
       Short Hills, New Jersey

                                     BUDD LARNER, P.C.
                                     140 Broadway, 46th Floor
                                     New York, New York 10005
                                     (212) 946-2798

                                          -and-

                                     150 John F. Kennedy Parkway
                                     Short Hills, New Jersey 07078
                                     (973) 379-4800
                                     Attorneys for Petitioner

By: _____
        Joseph J. Schiavone (JS 7303)
        Jeffrey S. Leonard (JL 5931)
        Ivan V. Miletic (IM 9922)

652613.w