UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the<br>Arbitration Between<br><br>GLOBAL REINSURANCE CORPORATION -<br>U.S. BRANCH,<br><br>    Petitioner,<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>    Respondent | Docket No. 07cv8196<br><br><br><br><br><br><br>**FILED UNDER SEAL** |

## APPEARANCE

Please enter my appearance as attorney for the Respondent **ARGONAUT INSURANCE COMPANY** in the above-entitled case.

Respectfully Submitted,

By_____s/_____
Dan E. LaBelle, DL2779
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
E-mail: labelle@halloran-sage.com
(203) 227-2855

Counsel for Respondent Argonaut
Insurance Company

*Of counsel:*
Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

1061764