UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between | Docket No. 07cv8196 |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH, | |
| Petitioner, | **FILED UNDER SEAL** |
| v. | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Argonaut Insurance Company ("Argonaut") hereby certifies that Argonaut is a subsidiary of Argo Group International Holdings, Ltd. Argo Group International Holdings, Ltd. is a publicly traded company and no other publicly traded company owns more than ten percent of its stock.

Dated:    Westport, CT
           March 6, 2008

                          HALLORAN & SAGE LLP

                          __s/_____
                          Dan E. LaBelle, DL2779
                          HALLORAN & SAGE LLP
                          315 Post Road West
                          Westport, CT  06880
                          (T)    (203) 227-2855
                          (F)    (203) 227-6992
                          labelle@halloran-sage.com
                          Counsel for Defendant Argonaut
                              Insurance Company

*Of counsel:*
Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

1061765