UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the Arbitration Between | * | Docket No. 07 CV 8196 |
| GLOBAL REINSURANCE CORPORATION – U.S. BRANCH, | * * * * | DECLARATION OF DAN E. LABELLE IN SUPPORT OF ARGONAUT INSURANCE COMPANY'S ANSWER |
| Petitioner, | * | |
| v. | * | |
| ARGONAUT INSURANCE COMPANY, | * | FILED UNDER SEAL |
| Respondent | * | |

**DECLARATION OF DAN E. LABELLE IN SUPPORT OF ARGONAUT INSURANCE COMPANY'S ANSWER**

I, Dan E. LaBelle, declare the following to be true under penalty of perjury and pursuant to 28 U.S.C § 1746:

1. I am a partner with the law firm of Halloran & Sage LLP and counsel for the Petitioner, Argonaut Insurance Company. I am an attorney admitted to the New York Bar and before the United States District Court for the Southern District of New York. I counsel of record in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of Contract No. 4603 between Argonaut Insurance Company ("Argonaut") as retrocessionaire, and Global Reinsurance Corp. – U.S. Branch ("Global") as cedent.

3. Attached hereto as Exhibit 2 is a true and correct copy of Contract No. 4753 between Argonaut as retrocessionaire and Global as cedent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008

                                              s/ _____
                                              Dan E. LaBelle