## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between: | |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH | Docket No: 07 CIV 8196 (KPC) |
| Petitioner, | |
| and | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

and

| | |
|---|---|
| In the Matter of the Arbitration Between: | |
| GLOBAL REINSURANCE CORPORATION - U.S. BRANCH | Docket No.: 07 CIV 8350 (KPC) |
| Petitioner, | |
| and | |
| ARGONAUT INSURANCE COMPANY | |
| Respondent. | |

### [Proposed] Order

Upon the motion of Dan E. LaBelle attorney for Argonaut Insurance Company and upon the Memorandum in support thereof;

**IT IS HEREBY ORDERED** that

This Court's Further Order of January 4, 2008 on Sealed Submissions (Entered February 28, 2008) is amended as follows:

> The prior sealing orders are superseded to provide that the awards for which confirmation is sought, shall be unsealed, as well as references to those awards in the documents that currently appear in the docket in a redacted state. The Petitioner is directed to file

unredacted versions of any redacted pleadings within ten days from the date of this Order.

Dated: New York, New York
_____, 2008

_____
P. Kevin Castel
United States District Judge