UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL REINSURANCE CORP.

                               Petitioner,

- against -

ARGONAUT INSURANCE COMPANY

                               Respondent.

Docket No. 07 CV 8196 (PKC)

07 Civ 8196 (PKC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

RECEIVED
MAR 13 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Upon the motion of Dan E. LaBelle attorney for Argonaut Insurance Company and his

Declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Theresa W. Hajost |
| Firm Name: | Halloran & Sage LLP |
| Address: | 1730 Pennsylvania Avenue, N.W. Suite 800 |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 496-9270/(202) 496-9279 |
| Email Address: | hajost@halloran-sage.com |

is admitted to practice pro hac vice as counsel for Argonaut Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3-13-08
City, State: NY NY

_____
United States District/Magistrate Judge