# TAB B

# 05 CV 4203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EMPLOYERS' COMMERCIAL UNION )
INSURANCE COMPANY OF AMERICA and )
THE EMPLOYERS' LIABILITY ASSURANCE )
CORP., LTD., )
                                Petitioners, )     Civil Action No.
                                                )      ORDER
                   -against- )
GLOBAL REINSURANCE CORPORATION, UNITED )
STATES BRANCH, formerly known as GERLING )
GLOBAL REINSURANCE CORPORATION (UNITED )
STATES BRANCH), )
                                Respondent. )
-------------------------------------------------------x

[Handwritten annotation pointing to stricken paragraph:] → Order to the extent that petitioners need not file the petition and exhibits under seal. This is without prejudice to any party's argument to treat other documents as confidential if any.  SO ORDERED. [signature] 4/28/05 USDJ

~~IT IS HEREBY ORDERED that the Exhibits annexed to the Petition in this matter are to be filed under seal until such time as the Court rules on whether the proceedings herein and the Final Award that is the subject of the Petition should be filed under seal.~~

                                                          _____
                                                                     U.S.D.J.

[Handwritten at bottom:] The Court has reviewed the petition and the exhibits annexed thereto. These documents do not contain anything of a sensitive nature, and the Court concludes that there is no reason why these materials should be filed under seal. In light of the presumption that judicial proceedings should be conducted as public proceedings, IT IS HEREBY ORDERED that petitioners are relieved of their obligation to comply with the Arbitrators' Confidentiality

[Microfilm stamp left side:] MICROFILM  MAY -2 2005  -9 00 PM

[Top right handwritten:] CHIN, J