UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL REINSURANCE CORPORATION -
U.S. BRANCH

                        Plaintiff,                    07 CIVIL 8196 (PKC)

**NOTICE OF CROSS-
MOTION OF ARGONAUT
INSURANCE COMPANY
TO CONFIRM
ARBITRATION AWARD**

-against-

ARGONAUT INSURANCE COMPANY

                        Defendant
------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the attached Memorandum in Support of Cross-Motion for Confirmation of Arbitration Award and supporting Declaration of Theresa W. Hajost, Respondent Argonaut Insurance Company ("Argonaut") will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, pursuant to 9 U.S.C. 9 *et seq.* for an Order confirming a reinsurance arbitration award issued on June 27, 2007 in an arbitration between the parties.

Dated: June 26, 2008
Washington, D.C.

                                                   s/
                                       THERESA W. HAJOST
                                       (Admitted pro hac vice)
                                       HALLORAN & SAGE, LLP
                                       1730 Pennsylvania Avenue, N.W.
                                       Suite 800

Washington, DC 20006
(202) 496-9270
(202) 496-9279 (Fax)
hajost@halloran-sage.com

and

DAN E. LABELLE, DL2779
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (Fax)
labelle@halloran-sage.com

Attorneys for Argonaut Insurance
Company