**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GLOBAL REINSURANCE CORPORATION -
U.S. BRANCH

      Plaintiff,      07 CIVIL 8196 (PKC)

                **PROPOSED ORDER**
    -against-       **GRANTING PETITION**
                **AND CROSS-MOTION TO**
ARGONAUT INSURANCE COMPANY   **CONFIRM ARBITRATION**
                **AWARD**

      Defendant
-------------------------------------------------------------X

    The parties in this matter have both filed papers requesting confirmation of

a June 27, 2007 arbitration award made by a three-person panel after an

evidentiary hearing.  The Court, having reviewed the papers filed by the parties,

including the award dated June 27, 2007, and noting that both parties support

confirmation, hereby finds that the award warrants confirmation.

    The Clerk is directed to enter final judgment confirming the award of June

27, 2007.


SO ORDERED.


         _____
         P. Kevin Castel
         United States District Judge

Dated:  New York, New York
   June ___, 2008