### Hajost, Theresa W.

**From:** NANANDED@aol.com
**Sent:** Tuesday, May 13, 2008 12:04 PM
**To:** Hajost, Theresa W.; Jleonard@budd-larner.com
**Cc:** deputy@iicil.org; TDCMD@aol.com
**Subject:** Global - Argonaut

Petitioner Global Reinsurance Corporation requested that the Panel reconstitute itself for the purpose of clarifying it's order of the 27th of June 2007.

The former Panel members discussed the request, reviewed the award, and considered the various submissions of Counsel. and concluded that the award is clear and unambiguous and that it contains no error that requires correction.

As stated in paragraph 8 of the award, future obligations are extinguished if they arise under the Home, CNA, or AIG contracts that were in issue in this arbitration. If an obligation arises under the contract of some other cedant, or under a contract that was not in issue in this arbitration, it is not affected by paragraph 8 of the award.

Edmond F. Rondepierre

---

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.